Opinion issued January 28, 2010

 

 

 

 

 

 

 



 

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 08-00594-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



DAN HENNIGAN, Appellant

 

V.

 

B. & R. 1100 NASA PARKWAY OWNER, L.L.P., Appellee

 

 



On Appeal from County Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 900962

 

 



MEMORANDUM OPINION

          Appellant
Dan Hennigan and Appellee B. & R. Nasa Parkway Owner, L.L.P. have informed
this court that they have resolved and settled all matters in controversy and
jointly move to dismiss this appeal.  The
motion is granted and the appeal is dismissed.  

 

 

 

                                                PER
CURIAM

 

 

Panel consists of Chief Justice
Radack and Justices Bland and Massengale.